FILED

JUL 17 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE B. WASHINGTON,<br><br>    Plaintiff,<br><br>  v.<br><br>W. A. DUNCAN, Warden; R. BROUCHER; L. HERNANDEZ; E. MOORE; A. GOMEZ; R. PEREZ; L. BAEZ; W. L. MUNIZ,<br><br>    Defendants.<br>_____/ | No. C 05-2775 WHA (PR)<br><br>**ORDER FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL** |

This is a civil rights case filed pro se by a state prisoner. Plaintiff has filed a motion for "appointment" of counsel.

Plaintiff is in the Administrative Segregation Unit ("ASU") of a relatively new prison, Kern Valley State Prison. In his motion and declaration he says he needs a lawyer because prisoners in the ASU have no access at all to legal resources such as law books or forms, and that of his own papers about this case, he has been allowed only a copy of his complaint without the exhibits. He asserts that his formal administrative appeals about this, and the appeals of other inmates in his unit, have been ignored. He says that the "legal officer" of the unit has told him and other prisoners that a "paging system" is available, in which prisoners can request specific legal materials by citation, some books, and some materials such as paper and pen, but that despite repeated attempts to use this system neither he nor any other inmate in the unit has

1  received anything.
2      It would assist the Court to have a response from defendants. They shall file a response
3  by July 27, 2006.
4      **IT IS SO ORDERED.**
5
6  Dated: July ___, 2006.
7                                WILLIAM ALSUP
                               UNITED STATES DISTRICT JUDGE

28  G:\PRO-SE\WHA\HC.05\WASHINGTON775.ATY-DRESPOND

*United States District Court / For the Northern District of California*