UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TRACYE B. WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>W. A. DUNCAN, et al.,<br><br>    Defendants.<br>_____/ | No. C 05-2775 WHA (NJV)<br><br>WRIT OF HABEAS CORPUS<br><u>AD TESTIFICANDUM</u> |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of TRACYE B. WASHINGTON, presently in custody in California State Prison - Sacramento, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: July 25, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   WARDEN, CALIFORNIA STATE PRISON - SACRAMENTO

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of TRACYE B. WASHINGTON in your custody in the hereinabove-mentioned institution, at Solano State Prison on August 24, 2011, at 11:00 a.m., in

1 order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the
2 matter of WASHINGTON V. DUNCAN, et al., and at the termination of said hearing return him
3 forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court
4 as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner
5 at all times necessary until the termination of the proceedings for which his testimony is required in this
6 Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: July 25, 2011

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
Administrative Law Clerk

Dated: July 25, 2011

Judge Nandor J. Vadas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TRACYE B. WASHINGTON, | No. C 05-2775 WHA (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| W. A. DUNCAN, et al. | |
| Defendants. | |

I, the undersigned, hereby certify that on July 25 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Tracye B. Washington
T-81075
California State Prison - Sacramento
PO Box 290002
Represa, CA 95671

*Linn Van Meter*
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3