IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE B. WASHINGTON,<br><br>    Plaintiff,<br><br>  v.<br><br>W. A. DUNCAN; R. BOUCHER; L. HERNANDEZ; E. MOORE; A. GOMEZ; R. PEREZ; L. BAEZ; W.L. MUNIZ;<br><br>    Defendants. | No. C 05-2775 WHA (PR)<br><br>**ORDER REFERRING PLAINTIFF TO FEDERAL PRO BONO PROJECT AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL** |

This is a civil rights case filed pro se by a state prisoner against employees at Salinas Valley State Prison. The complaint was found to state a cognizable claim that defendants Sergeant R. Boucher, L. Hernandez, E. Moore, L. Baez and A. Gomez used excessive force against him in violation of his Eighth Amendment rights. Defendants' summary judgment motion was granted in favor of defendant Moore, but denied as to defendants Boucher, Hernandez, Baez and Gomez because plaintiff had created genuine issues of material fact. The case was referred to the Pro Se Prisoner Mediation Program, a mediation proceeding was held, but the case did not settle.

Plaintiff having requested and being in need of counsel to assist him in this matter, and good and just cause appearing,

IT IS ORDERED that plaintiff shall be referred to the Federal Pro Bono Project in the manner set forth below:

(1) The clerk shall forward to the Federal Pro Bono Project: (a) a copy of this order, (b) a copy of the docket sheet, and (c) a copy of the operative complaint and relevant court orders.

(2) Upon an attorney being located to represent plaintiff, that attorney shall be appointed as counsel for plaintiff in this matter until further order of the court.

(3) All proceedings in this action remain stayed until four weeks from the date an attorney is appointed to represent plaintiff in this action.

This order terminates docket number 80.

**IT IS SO ORDERED.**

Dated: October 19, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.05\WASHINGTON775.REF.wpd

2