United States District Court
For the Northern District of California

1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11   TRACYE B. WASHINGTON,                    No. C 05-2775 WHA (PR)

12            Plaintiff,                      **ORDER DIRECTING**
                                             **DEFENDANTS TO FILE**
13      v.                                    **RESPONSE TO MOTION FOR**
                                             **IMMEDIATE INJUNCTIVE**
14   W. A. DUNCAN; R. BOUCHER; L.             **RELIEF; INSTRUCTIONS TO**
     HERNANDEZ; E. MOORE; A.                  **CLERK**
15   GOMEZ; R. PEREZ; L. BAEZ; W.L.
     MUNIZ;
16
              Defendants.
17   _____/

18

19          This is a civil rights case filed pro se by a state prisoner.  The action is presently stayed

20   pending location of pro bono counsel by the Federal Pro Bono Project, to which this case

21   has been referred.  Plaintiff has filed a motion for immediate injunctive relief in which he

22   alleges that he was attacked by an inmate at the direction of officials of the prison where

23   he is currently incarcerated, in retaliation for the present lawsuit.  Plaintiff seeks to be

24   relocated to another prison.  Although this matter is stayed, the allegations in the motion

25   are sufficiently serious to warrant a response from defendants.

26          Plaintiff has adequately explained in the motion why he did not serve the motion

27   upon defense counsel.  Consequently, in this particular instance only, his obligation to

28   serve the motion on defense counsel will be excused and the clerk shall mail a copy of

plaintiff's motion for immediate injunctive relief (docket number 82) to defense counsel.
Within **SEVEN** days of the date this order is filed, defendants shall respond to the
allegations in the motion and show cause why it should not be granted.

**IT IS SO ORDERED.**

Dated: October ___28___, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

G:\PRO-SE\WHA\CR.05\WASHINGTON775.OSC.wpd