IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE B. WASHINGTON,<br><br>              Plaintiff,<br><br>   v.<br><br>W. A. DUNCAN; R. BOUCHER; L. HERNANDEZ; E. MOORE; A. GOMEZ; R. PEREZ; L. BAEZ; W.L. MUNIZ;<br><br>              Defendants.<br>                                                      / | No. C 05-2775 WHA (PR)<br><br>**ORDER APPOINTING PRO BONO COUNSEL AND SETTING CASE MANAGEMENT CONFERENCE** |

Plaintiff having been found in need of counsel to assist him in this matter, and counsel willing to be appointed to represent plaintiff having been located,

IT IS HEREBY ORDERED THAT: Margaret Keane, Esq., and Sebastian Miller, Esq., and the law firm Dewey and LeBoeuf, Post Montgomery Center, One Montgomery Street, Suite 3500, San Francisco, California, 94104, are appointed as counsel for plaintiff pursuant to 28 U.S.C. 1915(e)(1) and the court's Federal Pro Bono Project guidelines.

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties, by counsel, are hereby ordered to appear at a Case Management Conference before the undersigned on **December 15, 2011, at 11:00 a.m.** in Courtroom No. 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, California, for the purpose of setting trial and pretrial dates. No later than

**December 8, 2011**, the parties shall file a joint case management statement pursuant to Civil Local Rule 16-9. Any request to reschedule the date of the conference must be made in writing upon a showing of good cause, preferably by stipulation, and not later than **December 6, 2011**.

The clerk shall add plaintiff's appointed counsel to the docket, and serve a copy of this order upon counsel for both parties.

**IT IS SO ORDERED.**

Dated: November  2 , 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.05\WASHINGTON775.APT.wpd

2