MARGARET A. KEANE (State Bar No. 255378)
mkeane@dl.com
DEWEY & LEBOEUF LLP
Post Montgomery Center
One Montgomery Street, Suite 3500
San Francisco, CA 94104
Telephone: (415) 951-1100
Facsimile: (415) 951-1180

SEBASTIAN L. MILLER (State Bar No. 265793)
smiller@dl.com
DEWEY & LEBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
Telephone: (650) 845-7000
Facsimile: (650) 845-7333

*Attorneys for Plaintiff Tracye B. Washington*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE B. WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>W.A. DUNCAN; R. BOUCHER;<br>L. HERNANDEZ; E. MOORE; A. GOMEZ;<br>R. PEREZ; L. BAEZ; and W.L. MUNIZ,<br><br>    Defendants. | Case No. C 05-2775 WHA (PR)<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RE: MODIFICATION OF**<br>**CASE MANAGEMENT**<br>**CONFERENCE DATE** |

WHEREAS, on July 6, 2005, Plaintiff Tracye B. Washington filed a complaint against Defendants W.A. Duncan, R. Boucher, L. Hernandez, E. Moore, A. Gomez, R. Perez, L. Baez and W.L. Muniz;

WHEREAS, on March 10, 2006, W.L. Muniz, R. Perez and W.A. Duncan were terminated as Defendants;

WHEREAS, on March 15, 2006, the Court issued summonses as to Defendants R. Boucher, L. Hernandez, E. Moore and A. Gomez and on March 8, 2007 this Court issued a summons as to Defendant L. Baez;

1  WHEREAS, on May 23, 2011, this Court issued an Order granting summary judgment in favor of Defendant E. Moore and denying summary judgment motions made by Defendants L. Baez, L. Hernandez, A. Gomez and R. Boucher;

WHEREAS, on November 3, 2011, this Court appointed Sebastian Miller as counsel for Plaintiff pursuant to 28 U.S.C. 1915(e)(1) and the Court's Federal Pro Bono Project guidelines;

WHEREAS, on November 3, 2011, this Court also ordered counsel for Plaintiff and Defendants to appear at a Case Management Conference on December 15, 2011 at 11:00 a.m.;

WHEREAS, due to a long standing commitment, Sebastian Miller, counsel for the Plaintiff, will be out of town the week of December 11 and therefore will not be able to attend the Case Management Conference scheduled for December 15, 2011;

WHEREAS, Emily Brinkman, counsel for the Defendants, be visiting family out of town during the Christmas holidays and therefore will not be available on either December 22, 2011 or December 29, 2011;

WHEREAS, counsel for Plaintiff and counsel for Defendants are both available to attend a Case Management Conference on January 5, 2012;

WHEREAS, Plaintiff and Defendants agree to submit a Joint Case Management Statement by December 8, 2011 and recommence discovery before that date;

**IT IS HEREBY STIPULATED** by the parties, by and through their undersigned counsel, that:

(1) The case management conference previously scheduled for December 15, 2011, at 11:00 a.m., is adjourned to January 5, 2011 at 11:00 a.m.;

(2) Plaintiff and Defendants will file a Joint Case Management Statement with this Court by December 8, 2011.

2

STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION
OF CASE MANAGEMENT CONFERENCE DATE          CASE NO. C-05-2775 WHA (PR)

| | | |
|---|---|---|
| 1 | Dated: November 7, 2011 | DEWEY & LEBOEUF LLP |
| 2 | | |
| 3 | | By:   /s/  *Sebastian L. Miller* <br> Margaret A. Keane (SBN 255378) <br> mkeane@dl.com |
| 4 | | Post Montgomery Center <br> One Montgomery Street, Suite 3500 |
| 5 | | San Francisco, CA 94104 <br> Tel: (415) 951-1100 |
| 6 | | Fax: (415) 951-1180 |
| 7 | | Sebastian L. Miller (SBN 265793) <br> smiller@dl.com |
| 8 | | 1950 University Avenue, Suite 500 <br> East Palo Alto, CA 94303 |
| 9 | | Tel: (650) 845-7000 <br> Fax: (650) 845-7333 |
| 10 | | |
| 11 | | *Attorneys for Plaintiff* |
| 12 | Dated: November 7, 2011 | DEPARTMENT OF JUSTICE |
| 13 | | By:   /s/  *Emily L. Brinkman* |
| 14 | | Emily L. Brinkman <br> Emily.Brinkman@doj.ca.gov |
| 15 | | CA Attorney General <br> 455 Golden Gate Avenue, Suite 11000 |
| 16 | | San Francisco, CA 94102 <br> Tel: (415) 703-5742 |
| 17 | | *Attorney for Defendants Gomez, Baez, Hernandez, and Boucher* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 8, 2011

_____
HONORABLE WILLIAM ALSUP

3

STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION
OF CASE MANAGEMENT CONFERENCE DATE      CASE NO. C-05-2775 WHA (PR)

1     I, Sebastian L. Miller, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF CASE MANAGEMENT CONFERENCE DATE. In compliance with General Order 45, X.B., I hereby attest that counsel whose e-signature appears on the foregoing signature page has concurred with this filing.

                                              /s/ *Sebastian L. Miller*

4

STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION
OF CASE MANAGEMENT CONFERENCE DATE             CASE NO. C-05-2775 WHA (PR)