UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TRACYE B. WASHINGTON, | No. 3:05-CV-02775 WHA (NJV) |
| Plaintiff, | |
| v. | WRIT OF HABEAS CORPUS <u>AD TESTIFICANDUM</u> |
| W. A. DUNCAN, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of TRACYE B. WASHINGTON, inmate no. T-81075, presently in custody in California State Prison - Sacramento, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: February 3, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   TIM VIRGA, WARDEN, CALIFORNIA STATE PRISON - SACRAMENTO

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of TRACYE B. WASHINGTON, inmate no. T-81075, in your custody in the hereinabove-mentioned institution, at Solano State Prison on March 8,

2012, at 1:00 p.m., in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of WASHINGTON V. DUNCAN, et al., and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

      Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: February 3, 2012

      RICHARD WIEKING
      CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
    Administrative Law Clerk

Dated:  February 3, 2012



2